**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004−1408

---

| | |
|---|---|
| IN RE: Rugo LLC d/b/a Portofino Restaurant | CASE NO.: 24−10340−lgb |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 73−1658622 | CHAPTER: 7 |
| | TRUSTEE: |
| | Gregory M. Messer<br>Law Offices of Gregory Messer, PLLC<br>26 Court Street<br>Suite 2400<br>Brooklyn, NY 11242 |
| | Telephone: (718) 858−1474 |

---

## NOTICE OF POSSIBLE PAYMENT OF DIVIDENDS
## AND OF LAST DATE TO FILE CLAIMS

To the creditors of the above named debtor:

As a result of the administration of the debtor's estate, a dividend to creditors now appears possible. You are hereby advised of the opportunity to file a claim in order to share in any distribution. A creditor must file a Proof of Claim whether or not the debt is included in the list of creditors filed by the debtor.

The Proof of Claim must be filed on or before July 12, 2024.

Please take further notice that if you have a Proof of Claim on file or one has been filed on your behalf, do not file again.

A Proof of Claim form has not been included with this notice but one is available online at www.uscourts.gov and on the court's website, www.nysb.uscourts.gov. All Proofs of Claim must be filed electronically on the Court's website or mailed to the court at the above address.

Dated: April 9, 2024                                                                                 Vito Genna
                                                                                                                 Clerk of the Court

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 24-10340-lgb |
| Rugo LLC d/b/a Portofino Restaurant | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 10, 2024 | Form ID: pdn | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rugo LLC d/b/a Portofino Restaurant, 555 City Island, Bronx, NY 10464-1104 |
| 8443896 | | Benigno Argudo, c/o Borrelli & Assoc, 910 Franklin Avenue - Ste 200, Pottstown, PA 19464 |
| 8443897 | + | Capital One, P.O. Box 71142, Charlotte, NC 28272-1142 |
| 8448010 | + | Euler Hermes agent for Pure Seafood Co. By Gullo L, 100 International Dr 22nd Floor, Baltimore, MD 21202-4783 |
| 8443899 | + | Mirsad Rugova, 67 Fordham St, Bronx, NY 10464-1408 |
| 8443901 | + | Ocean Seafood Depot, 331 Adams Street, Newark, NJ 07105-1929 |
| 8443905 | | United State Small Business Admin., 409 3rd Street, SW, Floor 2,, Ashburn, VA 20146 |
| 8443907 | + | WB Mason, 1010 West Chestnut Street, Brockton, MA 02301-5590 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: LDUC@AOL.COM | Apr 10 2024 19:12:00 | Gregory M. Messer, Law Offices of Gregory Messer, PLLC, 26 Court Street, Suite 2400, Brooklyn, NY 11242-1124 |
| smg | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Apr 10 2024 19:12:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | Email/Text: USCOURTSEBN@finance.nyc.gov | Apr 10 2024 19:12:00 | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Apr 10 2024 19:12:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Apr 10 2024 19:12:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 8443898 | ^ | MEBN | Apr 10 2024 19:05:29 | Con Edison, JAF Station P.O. Box 1702, New York, NY 10116-1702 |
| 8443902 | + | Email/Text: bankruptcynotices@sba.gov | Apr 10 2024 19:12:00 | Small Business Loan Administration, P.O. Box 3918, Portland, OR 97208-3918 |
| 8443904 | + | Email/Text: HARVEY.CHARNELLE@METRONY.SYSCO.COM | Apr 10 2024 19:12:00 | Sysco Metro New York LLC, 20 Theodore Conrad Drive, Jersey City, NJ 07305-4614 |
| 8443906 | + | EDI: VERIZONCOMB.COM | Apr 10 2024 23:07:00 | Verizon, P.O. Box 408, Newark, NJ 07101-0408 |

TOTAL: 9

24-10340-lgb    Doc 9    Filed 04/12/24    Entered 04/13/24 00:09:14    Imaged
Certificate of Notice    Pg 3 of 3

| District/off: 0208-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 10, 2024 | Form ID: pdn | Total Noticed: 17 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Gregory M. Messer, Law Offices of Gregory Messer, PLLC, 26 Court Street, Suite 2400, Brooklyn, NY 11242-1124 |
| 8443900 | *+ | Mirsad Rugova, 67 Fordham Street, Bronx, NY 10464-1408 |
| 8443903 | ##+ | Stamford Union and Linen, 141 Cove Road, Stamford, CT 06902-5218 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2024            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anne J. Penachio | on behalf of Debtor Rugo LLC d/b/a Portofino Restaurant apenachio@pmlawllp.com penachio.anne@gmail.com;fmalara@pmlawllp.com;pmbestcase@gmail.com;jraggo@pmlawllp.com;r55766@notify.bestcase.com |
| Gregory M. Messer | on behalf of Trustee Gregory M. Messer lduc@aol.com NY54@ecfcbis.com;gmesser@messer-law.com,mwilliams@messer-law.com |
| Gregory M. Messer | lduc@aol.com NY54@ecfcbis.com;gmesser@messer-law.com,mwilliams@messer-law.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 4